UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SERRANO-ARAUZ,

    Plaintiff,

v.                                                        CASE NO: 8:06-cv-2233-T-26TGW

UNITED STATES OF AMERICA,

    Defendant.
_____/

**O R D E R**

Plaintiff has filed a Motion to Vacate pursuant to 28 U.S.C. § 2255. The Court notes, however, that Plaintiff filed a direct appeal from his sentence in the underlying criminal case and that his appeal is still pending before the Eleventh Circuit Court of Appeals.[1] Given that circumstance, this Court is precluded from entertaining Plaintiff's motion to vacate. See United States v. Wilson, 894 F. 2d 1245, 1252 (11th Cir. 1990) (restating rule of the Eleventh Circuit that "[a] motion to vacate under 28 U.S.C. § 2255 will not be entertained during the pendency of a direct appeal, inasmuch as the disposition of the appeal may render the motion moot.") (quoting Welsh v. United States, 404 F. 2d 333 (5th Cir. 1968)).

Accordingly, it is ordered and adjudged as follows:

1) The Motion to Vacate (Dkt. 1) is dismissed without prejudice.

2) The Clerk is directed to enter judgment for Defendant and to close this case

**DONE AND ORDERED** at Tampa, Florida, on December 4, 2006.

                                               s/*Richard A. Lazzara*
                                             **RICHARD A. LAZZARA**
                                             **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1] See case number 8:05-cr-194-T-26TGW, docket 84.